Case No. 25-30296

# In The
# United States Court of Appeals
## For The Fifth Circuit

**UNITED STATES OF AMERICA,**
                             **Plaintiff - Appellant**

v.

**OSBORN NASH BODDEN WELCOME,**
                             **Defendant - Appellee**

**Appeal From The United States District Court
For The Eastern District Of Louisiana**

**Honorable Magistrate Judge Michael B. North
Criminal Docket No. 25-95**

## GOVERNMENT'S UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

Plaintiff-Appellant, the United States of America, through the undersigned Assistant United States Attorney for the Eastern District of Louisiana, respectfully moves to voluntarily withdraw the instant appeal pursuant to Fed. R. App. P. 42(b) and 5th Cir. R. 42.1 for the following reasons:

1.

On April 18, 2025, the government charged defendant-appellant Osborn Nash Bodden Welcome with violating 8 U.S.C. § 1306(a), a misdemeanor offense. *See* R. Doc. 1.[1] The matter was allotted to the duty magistrate judge. *See* R. Doc. 1.

2.

On May 1, 2025, the magistrate judge found no probable cause and dismissed the bill of information without prejudice. R. Doc. 9.

3.

On May 15, 2025, the government noticed an appeal from the ruling to a district court judge under Rule 58(g)(2)(A) of the Federal Rules of Criminal Procedure. R. Doc. 11. However, due to an error when filing the notice through PACER, the appeal was inadvertently opened in this Court under the above-captioned case number. After the magistrate judge later issued written order and reasons, R. Doc. 12, the government filed another notice of appeal to a district court judge. R. Doc. 13.

4.

Because the appeal of the magistrate judge's ruling is properly heard by a district court judge, *see* Fed. R. Crim. P. 58(g)(2)(a), and because the government

---

[1] Reference is to documents in *United States v. Welcome*, Crim. No. 25-95 (E.D. La.).

stated its intent to appeal to a district court judge in its filing, *see* R. Docs. 11, 13, the instant appeal was inadvertently opened in, and is not properly before, this Court. Therefore, the appeal before this Court should be dismissed.

5.

Accordingly, the government requests that the appeal before this Court be withdrawn, and that the clerk enter an order of dismissal.

6.

Counsel for defendant-appellee, Celia Clary Rhoads, does not oppose this motion.

**WHEREFORE**, the government requests that its appeal before this Court be withdrawn, and that the clerk enter an order of dismissal.

Respectfully submitted,

MICHAEL M. SIMPSON
ACTING UNITED STATES ATTORNEY

/s/ *Kevin G. Boitmann*
KEVIN G. BOITMANN
Assistant United States Attorney
LA Bar Roll No. 26203
U.S. Attorney's Office (E.D. La.)
650 Poydras Street, Suite 1600
New Orleans, Louisiana 70130
Telephone: (504) 680-3109
E-Mail: kevin.boitmann@usdoj.gov

# CERTIFICATE OF SERVICE AND ECF COMPLIANCE

I hereby certify that on this 6th day of June, 2025, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. The following ECF-registered counsel of record was served by Electronic Notice of Docket Activity:

Celia Clary Rhoads, celia_rhoads@fd.org

I further certify the foregoing document meets the required privacy redactions; that it is an exact copy of the paper document; and the document has been scanned with the most recent version of a commercial virus scanning program and is virus-free.

/s/ *Kevin G. Boitmann*
KEVIN G. BOITMANN

# **CERTIFICATE OF COMPLIANCE**

Certificate of Compliance with Type-Volume Limitation, Typeface Requirements, and Type Style Requirements

1.   This document complies with the type-volume limitation of FED. R. APP. P. 27(d)(2) because:

   ☒   this document contains  325  words, excluding the parts of the document exempted by FED. R. APP. P. 32(f), or

   ☐   this document uses a monospaced typeface and contains _____ lines of text, excluding the parts of the document exempted by FED. R. APP. P. 32(f).

2.   This document complies with the typeface requirements of FED. R. APP. P. 32(a)(5) and the type style requirements of FED. R. APP. P. 32(a)(6) because:

   ☒   this document has been prepared in a proportionally spaced typeface using Word 2010 in 14 point New Times Roman, or

   ☐   this document has been prepared in a monospaced typeface using _____ [state name and version of word processing program ] with _____ [state number of characters per inch and name of type style].

/s/ *Kevin G. Boitmann*
KEVIN G. BOITMANN
Assistant United States Attorney
June 6, 2025